**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
2489 Sunrise Blvd., Ste. A
Gold River, California 95670
Tel:   (916) 400-2734
Fax:   (916) 400-2744

Attorneys for Defendant
Elk GROVE FORD

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN DARNEL MACK,<br><br>          Plaintiff,<br>vs.<br><br>ELK GROVE FORD,<br><br>          Defendant. | Case No.: 2:16-cv-01118-TLN-KJN<br><br>**STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION and ORDER**<br><br>**Complaint Filed:  5/24/2016** |

**THE PARTIES STIPULATE AS FOLLOWS:**

Defendant ELK GROVE FORD (hereafter "ELK GROVE") and Plaintiff GLEN DARNEL MACK (hereafter "MACK"), by and through their respective counsel of record, hereby agree to submit the above-captioned matter to Binding Arbitration with the American Arbitration Association pursuant to the Arbitration Agreement contained in the Retail Sales Installment Contract, attached hereto as Exhibit "A" and incorporated herein by this reference.

THE PARTIES FURTHER HEREBY STIPULATE that the United States District Court, Eastern District of California shall retain jurisdiction of this matter, that Court proceedings shall be stayed pending completion of Arbitration and that any party may file a Petition with this Court to enforce the Arbitrator's decision.

///

///

---

**STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION and [PROPOSED] ORDER**
- 1 –

DATED: September 7, 2016     **LEMBERG LAW, LLC**

                   __/s/ TRINETTE G. KENT__
                   TRINETTE G. KENT, SBN 222020
                   Attorneys for Plaintiff
                   GLEN DARNEL MACK

DATED: September 7, 2016     **THE COSTA LAW FIRM**

                   __/s/ DANIEL P. COSTA__
                   DANIEL P. COSTA, SBN 110919
                   Attorneys for Defendant
                   ELK GROVE FORD

## ORDER

    IT IS SO ORDERED. The United States District Court, Eastern District of California shall retain jurisdiction of this matter, the Court proceedings shall be stayed pending completion of Arbitration, and any party may file a Petition with this Court to enforce the Arbitrator's decision.

Dated: September 8, 2016

_____
Troy L. Nunley
United States District Judge